

# UNITED STATES

Retail

**US POSTAGE PAID**

## $35.90

Origin: 11590
08/04/26
3590800590-10

E

USE

# PRIORITY MAIL EXPRESS®

MICHAEL  M MATIAS
252 BERNICE DR
EAST MEADOW NY 11554-3502
(516) 850-5670

0 Lb 4.80 Oz

**RDC 07**

SCHEDULED DELIVERY DAY: 08/06/26 06:00 PM

C049

RECEIVED
MAILROOM

AUG - 5 2026

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

SHIP
TO:

CLERK OF THE COURT
US DISTRICT CO8URT FOR THE EASTERN
401 COURTHOUSE SQ
ALEXANDRIA VA 22314-5701

## USPS TRACKING® #

9570 1143 6928 6216 7802 52

# UNITED STATE
# POSTAL SERVI